IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WYON DALE CHILDERS,
    Petitioner,

vs.                                                    Case No.: 3:07cv243/LAC/EMT

WILLIE FLOYD, WARDEN,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 24, 2008 (Doc. 26).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed (doc 27).

Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

**DONE AND ORDERED** this 19th  day of September, 2008.

                                                          s/*L.A. Collier*
                                                          **LACEY A. COLLIER**
                                                          **SENIOR UNITED STATES DISTRICT JUDGE**